No. 93–131. ASHTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–5089. SIMPSON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–5390. CAMPBELL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 93–5747. STEVENS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. JUSTICE GINSBURG took no part in the consideration or decision of this petition.

No. 92–1798. RAKESTRAW ET AL. v. AIR LINE PILOTS ASSN., INTERNATIONAL, ET AL. C. A. 7th Cir. Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–1806. MEYER v. LELSZ ET AL. C. A. 5th Cir. Motion of petitioner to strike brief in opposition of John Lelsz et al. denied. Motion of petitioner for sanctions against Garth Corbett et al. denied. Motion of petitioner to strike brief in opposition of Texas denied. Motion of petitioner for sanctions against Texas denied. Certiorari denied.

No. 92–1810. CREDITORS OF MICRO-TIME MANAGEMENT SYSTEMS, INC. v. ALLARD & FISH, P. C., ET AL.; and

No. 92–1897. MICRO-TIME MANAGEMENT SYSTEMS, INC., ET AL. v. ALLARD & FISH, P. C., ET AL. C. A. 6th Cir. Motion of respondents for award of damages denied. Certiorari denied.